FILED
08 JAN 25 PM 3:58
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DAVID GASTON WILKES
2  (T-23206)
3  SAN QUENTIN PRISON
4  SAN QUENTIN, CA, 94964.

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID GASTON WILKES,
                    Plaintiff,

vs.

(C.C.C) PUBLIC DEFENDERS OFFICE,
Richmond POLICE DEPT, Defendant.
CITY OF RICHMOND, ET. AL

CASE NO. C 08 0051 MJJ (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, DAVID WILKES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___    Net: ___0___

Employer: ___0___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ (NONE) (S.S.I) SiNCE '91, _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ___  No X
10         self employment
11    b.   Income from stocks, bonds,             Yes ___  No X
12         or royalties?
13    c.   Rent payments?                         Yes ___  No X
14    d.   Pensions, annuities, or                Yes ___  No X
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes X   No ___
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ $850.00 (S.S.I) PAYMENT. _____
22  _____

23  3.   Are you married?                         Yes ___  No X
24  Spouse's Full Name: _____Ø_____
25  Spouse's Place of Employment: _____Ø_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____Ø_____ Net $_____Ø_____
28  4.   a.   List amount you contribute to your spouse's support:$ ____Ø____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____Ø_____
6    _____
7  5. Do you own or are you buying a home?      Yes ____ No _X_
8  Estimated Market Value: $____Ø____ Amount of Mortgage: $____Ø____
9  6. Do you own an automobile?                 Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes _____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ ____Ø____
17 Do you own any cash? Yes ____ No _X_ Amount: $ ____Ø____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $ ____Ø____           Utilities: ____Ø____
23 Food: $ ____Ø____           Clothing: ____Ø____
24 Charge Accounts:
25 Name of Account        Monthly Payment          Total Owed on This Acct.
26 ____Ø____              $ _____          $ _____
27 _____          $ _____          $ _____
28 _____          $ _____          $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ NONE _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ✗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  1-11-08                              David Wilkes
17    DATE                            SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 4 -

1
2                                                    Case Number: __C-08 0051__
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                    **IN**
10                         **PRISONER'S ACCOUNT**
11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __DAViD WilKes__ for the last six months
                                    [prisoner name]
14 _____ where (s)he is confined.
           [name of institution]
15    I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __00.30__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ __00.00__ .
18
19 Dated: __1-11-08__          X __C/o C. Smith 1-16-08__
                                      [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -