C 08-01 MJJ

# [ADDRESS CHANGE]

FILED
08 FEB 12 PH 1:05
[CLERK US DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

[David Gaston Wilkes T-23206]

Dear Court

My address has changed from San Quentin Prison as of (2-8-08)

[NEW ADDRESS]

David Gaston Wilkes
(T-23206)
Vacaville Medical Facility
P.O. Box 2000
Vacaville, CA, 95696